MIERISCH v. MT. MORRIS BANK.

(City Court of New York, General Term. February 28, 1901.)

APPEAL AND ERROR—TRIAL—EVIDENCE—EXCEPTIONS.
    Where, on the trial, the evidence was conflicting, and plaintiff did not move for direction of a verdict in his favor, or except to any portion of the charge, and no reversible error is presented by the exceptions taken, and the verdict is supported by the evidence, the judgment should be affirmed.

Appeal from trial term.

Action by Charles Mierisch against the Mt. Morris Bank. From a judgment for defendant, plaintiff appeals. Affirmed. See 65 N. Y. Supp. 565.

Argued before CONLAN and O'DWYER, JJ.

Wilber McBride and Samuel H. Wandell, for appellant.
James J. Allen, for respondent.

PER CURIAM. On the trial the evidence was conflicting, and at the close of the trial the plaintiff failed to move for a direction in his favor, or to except to any portion of the charge in which the questions to be determined were submitted to the jury. The exceptions taken during the trial do not present reversible error, and, after careful examination of the whole record, we find that the verdict of the jury is supported by the evidence.

The judgment and order appealed from should be affirmed, with costs.